UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    File No. 1:04-CR-165

    HON. ROBERT HOLMES BELL

DONALD MAYNARD BUFFIN,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant Donald Maynard Buffin's "Amicus Curiae Petition Pro Bono Publico" (Docket #289). It appears that Defendant is challenging the Government's motion for revocation of bond (Docket #272). At a hearing before the Magistrate Judge on April 29, 2005, the Government's motion was denied without prejudice. To the extent that Defendant's petition contests the Government's motion it is now moot.

Defendant also appears to challenge the bond upon which he is released. This challenge is without merit. The Magistrate Judge continued Defendant's release on bond pending trial pursuant to 18 U.S.C. § 3142. Defendant has failed to allege any violation of federal law and appears to assert arguments with existing federal law. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's "Amicus Curiae Petition Pro Bono Publico" (Docket #289) is **DENIED**.

Date:   May 9, 2005          /s/ Robert Holmes Bell
                                                    ROBERT HOLMES BELL
                                                    CHIEF UNITED STATES DISTRICT JUDGE