UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                CASE NO. 1:04-CR-165

v.

                                                HON. ROBERT HOLMES BELL

DONALD MAYNARD BUFFIN, JR.,

       Defendant.
_____/

**ORDER REVOKING BOND**

       On May 12, 2005, defendant appeared before the Court pursuant to an arrest warrant issued following the filing of the government's Motion for Revocation of Bond. Following a review of pleadings filed by the defendant and testimony by the defendant and defendant's supervising pretrial officer, the Court found that there was no condition or combination of conditions that would reasonably assure the appearance of the defendant at trial on May 16, 2005.

       Accordingly, pursuant to 18 U.S.C. §3142(e), the defendant's bond is hereby **REVOKED**.


Date:   May 13, 2005                  /s/ Robert Holmes Bell
                                                ROBERT HOLMES BELL
                                                CHIEF UNITED STATES DISTRICT JUDGE